UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Adam Zakaria A. Ahmed,

               Petitioner

v.

Pamela Bondi, et al.,

               Respondents

Case No. 2:26-cv-01058-CDS-BNW

**Order Granting the Petitioner's
Unopposed Motion to Extend Time**

[ECF No. 11]

       Counsel for petitioner Adam Zakaria A. Ahmed seeks a six-day extension of time to file a reply to discuss the filings with the petitioner. Mot., ECF No. 11. Counsel further represents that the respondents do not oppose the requested extension. *Id.* I find that the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the extension of time.

       It is hereby ordered that the petitioner's unopposed motion to extend time **[ECF No. 11] is GRANTED**. The petitioner must file his reply by June 11, 2026.

       Dated: June 8, 2026

_____
Cristina D. Silva
United States District Judge