**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Adam Zakaria Abdelrahman Ahmed,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01058-CDS-BNW

**Order Granting Federal Respondents' Motion to Extend Time**

[ECF No. 15]

The federal respondents move for a one-day extension of time, to August 28, 2026, to file a response to the petitioner's motion for a temporary restraining order. Mot., ECF No. 15. The respondents' counsel states that the extension is necessary because they need to assess the entirety of Ahmed's relevant immigration history. *Id.* The petitioner did not file an opposition. Additionally, the federal respondents timely filed their response on August 28, 2026. *See* ECF No. 16. I find that the request is made in good faith and not solely for the purpose of delay, so I allow this brief extension of time as it is not overly prejudicial.

It is therefore ordered that the federal respondents' motion to extend time **[ECF No. 15] is granted** nunc pro tunc. The petitioner's reply is due by September 8, 2026.

Dated: September 2, 2026

Cristina D. Silva
United States District Judge